```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BAZOOKA COMPANIES, INC.,

                Plaintiff,

-against-

CLASSIC CONFECTIONS ENTERPRISES, INC.,

                Defendant.

22-cv-4656 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of Plaintiff's application for a preliminary injunction [ECF Nos. 6, 7].  IT IS HEREBY ORDERED that Plaintiff shall serve its complaint and application for a preliminary injunction on Defendant, and shall file proof of such service on ECF, by June 8, 2022 at 5:00 p.m.  IT IS FURTHER ORDERED that Defendant shall file any opposition by June 10, 2022 at 5:00 p.m.  IT IS FURTHER ORDERED that the parties shall appear for a hearing on June 17, 2022 at 11:00 AM.  The hearing will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

**Date:  June 7, 2022**
      **New York, NY**

                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**